Joyce TISDALE

v.

Harry D. TISDALE, Jr.

Supreme Judicial Court of Maine.

Argued March 15, 1984.

Decided March 30, 1984.

Gasink & Weisberger, Hal S. Weisberger (orally), Augusta, for plaintiff.

Southard, Hunt, Hebert & Gingras, George H. Hunt (orally), Augusta, for defendant.

Before NICHOLS, ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Defendant Harry D. Tisdale, Jr. appeals from a judgment of the Superior Court (Kennebec County) affirming an order entered by the District Court (Augusta) denying defendant's motion for change of custo-dy of the parties' minor child. This Court's review of the District Court order is limited to determining whether the court abused its discretion. *Ziehm v. Ziehm,* 433 A.2d 725, 730 (Me.1981). The record in this case rationally supports the court's conclusion that the evidence "does not justify disrupting the child's present living arrangements and that a change of custody is not warranted."

The entry shall be:

Judgment affirmed.

All concurring.